**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CARLOS TAMAYO JUNIOR,

                Plaintiff,
    -against-                                      25 **CIVIL** 1249(LLS)

                                                        **<u>JUDGMENT</u>**
FBI; CIA,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 12, 2025, the Court has DISMISSED Plaintiff's Complaint under the doctrine of sovereign immunity, and consequently, for lack of subject matter jurisdiction, see 28 U.S.C. § 1915(e)(2)(B)(iii), Fed. R. Civ. P. 12(h)(3), and as frivolous, see 28 U.S.C. § 1915(e)(2)(B)(i).

**Dated:** New York, New York
          May 12, 2025

                                                **TAMMI M HELLWIG**
                                                  **Clerk of Court**

                      **BY:**

                                                  **Deputy Clerk**